IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO.: 4:17-CR-46-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ) | |
| TARA FINIS SIMMONS, ) | |
| a/k/a "T-Baby" ) | |
| Defendant ) | |

This matter is before the Court on the Motion of the Government to unseal the Third Superseding Indictment, penalty sheets, and docket entries in the above-captioned case as to Tara Simmons only.

For the reasons stated in the Government's Motion, it is hereby ORDERED that the above-captioned matter be unsealed as to the Defendant only.

This the 16th day of October, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge